# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-703-GCM

| | |
|---|---|
| JASEN GLENN SIDES, KENNETH SCOTT SIDES, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )     ORDER |
| ATHENE ANNUITY AND LIFE COMPANY, | )<br>) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Todd M. Fuller** (Doc. No. 5), which was filed January 15, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Fuller is admitted to appear before this court *pro hac vice* on behalf of Defendant Athene Annuity and Life Company.

**IT IS SO ORDERED.**

Signed: January 15, 2020

Graham C. Mullen
United States District Judge