# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth Scott Sides<br>Jasen Glenn Sides**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00703-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Athene Annuity and Life Company**,**<br>Defendant(s). | )<br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2020 Order.

May 4, 2020

_____
Frank G. Johns, Clerk
United States District Court